UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 23 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| BANCINSURE, INC., | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-01-021 |
| | § | |
| MELISSA D. CARRASCO, | § | |
|    Defendant | § | |

## AGREED FINAL JUDGMENT

Pursuant to a stipulation between the parties, the Court finds that the allegations contained in Plaintiff BancInsure, Inc.'s Original Complaint are true and correct. Specifically, BancInsure, Inc. is the real and substantial party in interest and is entitled to recover from Defendant Melissa D. Carrasco in its capacity as subrogee to Greater South Texas Bank, FSB (the "Bank") in Falfurrias, Texas.

The Court finds that from June 1994 through July 1998, Melissa D. Carrasco misappropriated funds from the Bank in the amount of $197,370. The court further finds that Plaintiff has incurred legal fees in the amount of $5,000 in the investigation and pursuit of its claim.

Therefore, Judgment is hereby entered against Melissa D. Carrasco and in favor of BancInsure, Inc. in the amount of $202,370 plus prejudgment interest in the amount of $39,474 plus post-judgment interest at the rate of 10% from the date of the entry of this judgment until collected. All other relief not specifically granted herein is hereby denied.

Signed this 23rd day of March, 2001

Honorable Judge Hayden W. Head, Jr.